Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S.  Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony J. Wolkow, | **No.  CV 2009-0087-PHX-FJM** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Scottsdale Collection Service, LLC, | |
| Defendant. | |

Plaintiff and Defendant, by and through counsel, hereby stipulate to the dismissal of this action without prejudice, each party to bear its own fees and costs.

/ / /

/ / /

DATED   September 16, 2011   .

| s/ Floyd W. Bybee | /s Gregory G. McGill |
|---|---|
| Floyd W. Bybee, #012651 | Gregory G. McGill |
| **BYBEE LAW CENTER, PLC** | **GREGORY G. McGILL, P.C.** |
| 2473 S. Higley Road | 4421 N. 75th St., Suite 101 |
| Suite 104-308 | Scottsdale, AZ 85251 |
| Gilbert, AZ 85295-3023 | |
| Office: (480) 756-8822 | |
| Fax: (480) 302-4186 | Attorney for Defendant |
| floyd@bybeelaw.com | |
| Attorney for Plaintiff | |